IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01464-RPM-KLM

VIVIAN DELGADO,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE2,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Expedited Entry of Protective Order** [Docket No. 19; Filed November 12, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

    Dated: November 17, 2008