IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01464-RPM-KLM

VIVIAN DELGADO,

   Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE2, and
ISOBEL STEVENSON, in her individual capacity,

   Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

  Defendants' Motion to Vacate and Reschedule Hearing on Motion for Summary Judgment [62] is granted. The March 24, 2010, hearing is vacated and rescheduled for **April 22, 2010, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: March 22, 2010