IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01464-RPM-KLM

VIVIAN DELGADO,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE2, and
ISOBEL STEVENSON, in her individual capacity,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [72], it is

ORDERED that this action is dismissed with prejudice.

Dated: July 13th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge